**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Sandra G. Ezell (SBN: 325046)
sandra.ezell@nelsonmullins.com
Eden M. Darrell (SBN: 295659)
eden.darrell@nelsonmullins.com
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone:    804.533.2900
Facsimile:    804.616.4129

Ian G. Schuler (SBN: 275052)
ian.schuler@nelsonmullins.com
750 B. Street, Suite 2200
San Diego, CA 92101
Telephone:    619.489.6110
Facsimile:    619.821.2834

Trevor C. Zeiler (SBN: 325543)
trevor.zeiler@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:    424.221.7400
Facsimile:    424.221.7499

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, individually and on behalf of the Estate of Clyde Leach,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:23-cv-03378<br><br>(Removed from Santa Clara County Superior Court – Case No. 23CV414572)<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY TESLA, INC.**<br><br>Action Filed: April 11, 2023 |

## **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant Tesla, Inc. ("Tesla"), by and through its undersigned counsel, hereby certifies the following:

Tesla has no parent corporation, and no public corporation owns 10% or more of the Company's stock.

Further, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 6, 2023                              Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   */s/ Trevor C. Zeiler*
        Sandra G. Ezell
        Eden M. Darrell
        Ian G. Schuler
        Trevor C. Zeiler
        Attorneys for Defendant
        TESLA, INC.

# PROOF OF SERVICE
## F.R.C.P. Rule 5(b)(2)(3)

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Nelson Mullins Riley & Scarborough LLP and my business address is 19191 South Vermont Avenue, Suite 900, Torrance, CA 90502.

On July 6, 2023 I served the foregoing document entitled ***CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY TESLA, INC.*** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof as follows:

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). The machine printed a record of the transmission, and no error was reported by the machine.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by ELECTRONIC SUBMISSION]** – By transmitting such document(s) electronically from my e-mail address at Nelson Mullins Riley & Scarborough LLP to the person(s) at the electronic mail addresses listed above pursuant to Emergency Rule 12 and/or the agreement of the parties.

☐ **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with [attorney service].

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 6, 2023 at Whittier, California.

ELIZABETH VELASQUEZ                     By: *[signature]*
Print Name                                              Signature

## SERVICE/MAILING LIST

**Donna Leach, et al. v. Tesla, Inc., et al.**
Santa Clara Superior Court Case No.: 23CV414572

| BAILEY & GLASSER, LLP<br>Todd A. Walburg, Esq.<br>Scott B. Baez, Esq.<br>1999 Harrison Street, Suite 660<br>Oakland, CA 94612 | **ATTORNEYS FOR PLAINTIFF**<br><br>Tel:   510/ 272-8000<br>Fax:  510/ 463-0291<br>Email: twalburg@baileyglasser.com<br>          sbaez@baileyglasser.com |
|---|---|