Todd A. Walburg (SBN 213063)
twalburg@baileyglasser.com
Scott B. Baez (SBN 330485)
sbaez@baileyglasser.com
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Facsimile: (510) 463-0291

Attorneys for Plaintiff DONNA LEACH, individually and on behalf of the Estate of Clyde Leach

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, individually and on behalf of the Estate of Clyde Leach,<br><br>    Plaintiff,<br><br>  v.<br><br>TESLA, INC. and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 23-cv-03378-SI<br><br>**INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT** |

////

////

////

////

///

---
INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Leach, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Tesla, Inc., et al.,<br><br>        Defendants. | Case No. 23-cv-03378-SI   (SI)<br><br>**INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT** |

      IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-10, a Case Management Conference will be held in this case before the Honorable Susan Illston on Friday, October 6, 2023 at 2:30 p.m. by "Public Hearings" Zoom webinar: https://www.cand.uscourts.gov/judges/illston-susan-si/.

      Plaintiff(s) shall serve copies of this Order at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5. Following service, plaintiff(s) shall file certificate of service with the Clerk of this Court.

      Counsel are directed to confer in advance of the Case Management Conference. Not less than seven days before the conference, counsel shall file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California. Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure. Failure to show good cause for such failure may subject the parties to sanctions.

      Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order. The parties are encouraged to attend.

      Any request to reschedule the above dates should be made in writing, and by stipulation, if

possible, not less than ten days before the conference date. Good cause must be shown.

At the case management conference the parties should be prepared to address and resolve the following: setting the date and the estimated length of the trial; setting the date for discovery cutoff; setting the date to designate experts and other witnesses; and setting the date for the pretrial conference.

Standing Orders: All parties shall comply with the Standing Order for All Judges of the Northern District of California concerning the contents of the joint case management conference statement and Judge Illston's Standing Order. Standing Orders can be found at: https://cand.uscourts.gov/judges/illston-susan-si/.

Failure to comply with this Order or the Local Rules of this Court may result in sanctions. See Fed.R.Civ.P. 16(f), Civil L.R. 1-4.

### NOTICE TO PRO SE LITIGANTS IN NON-PRISONER ACTIONS:

If you are proceeding in this lawsuit without an attorney, and have not been granted leave to proceed in *forma pauperis*, then the following directives apply to you in the prosecution of your case.

The court hereby ORDERS you to comply with the service requirements of Rule 4 of the Federal Rules of Civil Procedure as set forth below. Failure to follow the procedures set forth in this order may result, under Rule 4 (m), in dismissal of your case.

It is your responsibility to obtain a valid summons from the clerk and to effect service of the summons and complaint on all defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. If you have named the United States government, a federal agency, a federal official or a federal employee as a defendant, you must comply with the special requirements of Rule 4 (i).

Service may be effected by any person who is not a party and who is at least 18 years of age, which means that you, as a party, may not effect service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, your action will, under Rule 4 (m), be dismissed as to that defendant.

Within 125 days after the filing of the complaint, you must file proof of service indicating which defendants were served within the 120 days allowed under Rule 4 (m) and showing, in accordance with Rule 4 (i), how each of those defendants was served (for example, by attaching appropriate certificates of service). You must also show cause why a defendant not served within the 120 days allowed under Rule 4 (m) should not be dismissed without prejudice.

Failure to do these things within the designated time will result in the dismissal of your case under Rule 4 (m) and Rule 41 (b).

For additional information on procedures for litigating in Federal Court, pro se litigants are encouraged to contact the Court's Legal Help Center (415) 782-8982 or sign up for an appointment with the Center at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102.

Dated: July 21, 2023

Mark B. Busby
Clerk, United States District Court


By: _____
Esther Chung, Deputy Clerk to the
Honorable SUSAN ILLSTON
(415) 522-2039

3

*Donna Leach v. Tesla, Inc.*
USDC CA Northern District Case No. 23-cv-03378-SI

## **PROOF OF SERVICE**

I am employed in Oakland, California. I am over the age of eighteen years and not a party to the within entitle action; my business address is BAILEY & GLASSER, LLP, 1999 Harrison Street, Suite 660 Oakland, California

On the date below, I served a copy of the following document(s) described as

**INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT**

on the interested party(ies) in this action as follows: SEE ATTACHED SERVICE LIST.

|   |   |
|---|---|
|   | **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addresses as above or on the service list and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Oakland, California, in a sealed envelope with postage fully prepaid. |
|   | **BY OVERNIGHT DELIVERY:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed as above or on the service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| X | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from *jzumot@baileyglasser.com* to the person(s) at the e-mail address(es) listed above or on the service list. |
|   | **BY PERSONAL SERVICE:** I *caused* the above documents to be hand delivered to the party(ies) listed above or on the service list. |
|   | **STATE:** I declare under penalty of perjury under the laws of the State of California and the State of California that the foregoing is true and correct. |
| X | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on July 21, 2023, at Oakland, California.

By: _____
Josephine Zumot

2
INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

*Donna Leach v. Tesla, Inc.*
USDC CA Northern District Case No.  23-cv-03378-SI

## SERVICE LIST

Sandra G. Ezell
Eden M. Darrell
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: 804.533.2900
Facsimile: 804.616.4129
Email: sandra.ezell@nelsonmullins.com; eden.darrell@nelsonmullins.com

Ian G. Schuler
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
750 B. Street, Suite 2200
San Diego, CA 92101
Telephone: 619.489.6110
Facsimile: 619.821.2834
Email: ian.schuler@nelsonmullins.com; elizabeth.velasquez@nelsonmullins.com

Trevor C. Zeiler
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499
Email: trevor.zeiler@nelsonmullins.com

*Attorneys for Defendant Tesla, Inc.*