UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA LEACH, et al.,

    Plaintiffs,

v.

TESLA, INC., et al.,

    Defendants.

Case No. 23-cv-03378-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 12/1/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: 12/15/2023

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/6/2024.

PLAINTIFFS' DESIGNATION OF EXPERTS: 1/21/2025;
    DEFENDANT'S REBUTTAL & DISCLOSURES: 2/18/2025;
PLAINTIFFS' REBUTTAL: 3/18/2025
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/15/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 4/4/2025;
    Opp. Due: 4/18/2025; Reply Due: 4/25/2025;
    and set for hearing no later than 5/9/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 6/17/2025
PRETRIAL CONFERENCE DATE: 7/1/2025 at 1:30 PM.

JURY TRIAL DATE: 7/21/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 21 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 10, 2023

_____
SUSAN ILLSTON
United States District Judge

2