| | |
|---|---|
| 1 | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| 2 | Sandra G. Ezell (SBN: 325046) |
| | sandra.ezell@nelsonmullins.com |
| 3 | Eden M. Darrell (SBN: 295659) |
| | eden.darrell@nelsonmullins.com |
| 4 | 901 East Byrd Street, Suite 1650 |
| | Richmond, VA 23219 |
| 5 | Telephone: 804.533.2900 |
| | Facsimile: 804.616.4129 |
| 6 | |
| | Ian G. Schuler (SBN: 275052) |
| 7 | ian.schuler@nelsonmullins.com |
| | 750 B. Street, Suite 2200 |
| 8 | San Diego, CA 92101 |
| | Telephone: 619.489.6110 |
| 9 | Facsimile: 619.821.2834 |
| 10 | Trevor C. Zeiler (SBN: 325543) |
| | trevor.zeiler@nelsonmullins.com |
| 11 | 19191 South Vermont Avenue, Suite 900 |
| | Torrance, CA 90502 |
| 12 | Telephone: 424.221.7400 |
| | Facsimile: 424.221.7499 |
| 13 | |
| 14 | Dennis A. Hom (Pro Hac Vice) |
| | dennis.hom@nelsonmullins.com |
| | 201 17th Street NW, Suite 1700 |
| 15 | Atlanta, GA 30363 |
| | Telephone: 404.322.6000 |
| 16 | Facsimile: 404.322.6381 |
| 17 | Attorneys for Defendant |
| | TESLA, INC. |
| 18 | |
| | **BAILEY & GLASSER, LLP** |
| 19 | Todd A. Walburg (SBN: 213063) |
| | twalburg@baileyglasser.com |
| 20 | Scott B. Baez (SBN: 330485) |
| | sbaez@baileyglasser.com |
| 21 | 1999 Harrison Street, Suite 660 |
| | Oakland, CA 94612 |
| 22 | Telephone: 510-272-8000 |
| | Facsimile: 510-463-0291 |
| 23 | |
| | Attorneys for Plaintiff |
| 24 | DONNA LEACH, individually and on behalf |
| | of the Estate of Clyde Leach |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, individually and on behalf of the Estate of Clyde Leach,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TESLA, INC. and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-03378-SI<br>(Removed from Santa Clara County Superior Court – Case No. 23CV414572)<br><br>District Judge: Susan Illston<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>CMC Date:　June 14, 2024<br>CMC Time:　3:00 p.m.<br>Action Filed: April 11, 2023<br>Trial Date:　July 21, 2025 |

Plaintiff Donna Leach, individually and on behalf of the Estate of Clyde Leach ("Plaintiff") and Defendant Tesla, Inc. ("Defendant" or "Tesla") (Plaintiff and Defendant are collectively referred to herein as "the Parties"), hereby submit this Joint Case Management Statement.

## 1. Jurisdiction & Service

Plaintiff filed this action in Santa Clara County Superior Court on April 11, 2023. Defendant Tesla was served on June 6, 2023. The case was removed to this Court on July 6, 2023. (*See* Doc. 1.) This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

At this time based on information available, Tesla does not dispute jurisdiction. No additional parties need to be served.

## 2. Facts

**Plaintiff's Position:**

Plaintiff alleges the following: On April 17, 2021, Clyde Leach was the sole occupant of his 2021 Tesla Model Y ("the Tesla"), which was driving southbound on Allen Road through its intersection with State Route 435 in Jeffersonville, Ohio. The Tesla was operated in significant part by its internal computer system. After the Tesla moved slowly through the intersection, it suddenly accelerated forward without any intentional driver direction or command by Clyde Leach. The Tesla then failed to negotiate a slight curve in the road, and instead departed the roadway and accelerated straight toward an adjacent Speedway gas station.

2　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:23-cv-03378-SI
JOINT CASE MANAGEMENT STATEMENT

The Tesla's computerized suite of automation and safety features should have detected that the vehicle was hurtling off the road and toward fixed obstacles, including curbs, signage, support columns, gas pumps, and parked vehicles. Nevertheless, the vehicle did not engage its automatic emergency braking, apply braking, reduce acceleration, or otherwise mitigate or prevent a collision with the fixed obstacles ahead.

As a result, the Tesla crashed over a curb, through roadside signage, and ran into a support column adjacent to gas pumps and a parked vehicle. The Tesla impacted the support column at or near its front centerline, between the longitudinal crash rails. Although the crash occurred at moderate speed, and under ordinary and foreseeable conditions, upon impact, the support column tore through beams and cross members that spanned the area between the Tesla's crash rails, causing significant intrusion into the passenger compartment and battery modules. Damage to the battery modules resulted in a chain reaction known as thermal runaway, causing an uncontrollable fire which consumed the Tesla's passenger compartment within seconds of the collision.

Clyde Leach, who was properly restrained by a seatbelt in the driver's seat, suffered multiple injuries in the collision, including blunt force injuries, fractures, spinal cord injuries, internal injuries, and burn injuries, resulting in his death. Plaintiff Donna Leach is the wife of Clyde Leach.

**Tesla's Position:**

The accident at issue was solely the result of decedent Clyde Leach's improper and unsafe operation of the subject 2021 Tesla Model Y. The 2021 Tesla Model Y at issue in this case was state-of-the-art and was not defective in design or manufacture. No vehicle on the road today (including the subject vehicle) is fully autonomous, meaning that it relies on (and requires) active involvement and attention from the driver at all times.

Tesla's instructions and warnings with respect to the 2021 Tesla Model Y were and are robust and adequate. Among other things, Tesla warns and instructs drivers that driver assistance features are not designed or able to avoid all collisions, are limited based on various circumstances, and should not be relied upon by the driver to avoid collision or limit the severity of collision. Tesla also instructs drivers to drive safely, stay alert, and remain in control of the vehicle at all times. Decedent Clyde Leach disregarded Tesla's warnings and instructions and failed to operate the vehicle safely, stay alert,

and remain in control of the vehicle.

Investigation is on-going, and Tesla expressly reserves the right to supplement and/or amend its defenses as fact discovery is completed and experts are identified and deposed during the expert discovery period.

### 3. Legal Issues

**Plaintiff's Position:**

Plaintiff, in her California Superior Court Complaint for Damages and Demand for Jury Trial, has alleged claims for: 1) Strict Products Liability; 2) Negligence; and 3) Survival Action (and accompanying wrongful death claimant standing and damages) against Defendant Tesla, Inc.

**Tesla's Position**:

Tesla denies the subject 2021 Model Y was defective under any theory and denies it was negligent or that there was an intentional wrongdoing with respect to any aspect of the design or manufacture of the 2021 Model Y or with respect to its warnings or instructions. The accident at issue was solely the result of decedent Clyde Leach's improper use of the subject 2021 Model Y and failure to operate it safely.

### 4. Motions

There are no motions currently pending before the Court in this case. Tesla filed a motion to transfer venue which was denied on February 6, 2024. (*See* Doc. 31.) Tesla may file pretrial motions (including *Daubert* motions) as well as dispositive motions.

### 5. Amendment of Pleadings

The Parties do not anticipate any amendments to the pleadings at this time.

### 6. Evidence Preservation

The Parties certify that they have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines") and have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

### 7. Disclosures

The parties have exchanged Initial Disclosures pursuant to Federal Rule of Civil Procedure

26(a)(1).

**8. Discovery**

The parties are engaged in written discovery. A joint vehicle inspection is scheduled for June 20, 2024. The Court has entered a protective order submitted by the parties.

The Parties anticipate inspecting the subject 2021 Tesla Model Y more than once. The Parties further expect to serve additional written discovery and to obtain documents from third-party entities. Tesla also anticipates deposing the Plaintiff as well as any eye-witnesses and first responders and medical providers, and anyone else Tesla identifies as a relevant witness during discovery. Plaintiff anticipates deposing Tesla engineers and other witnesses whose identities are revealed as discovery proceeds. The parties anticipate identifying expert witnesses and deposing any expert witnesses identified by the parties.

**9. Class Actions**

The above-captioned case is not a class action.

**10. Related Cases**

There are no related cases.

**11. Relief**

Plaintiff is seeking general and special damages in excess of the sum of $75,000.00 arising and resulting from the subject incident.

Tesla denies that the 2021 Model Y is defective and denies that Plaintiff is entitled to any relief requested in the Complaint, or to any relief at all. Tesla is not seeking affirmative relief at this time.

**12. Settlement and ADR**

The Parties have discussed mediation with Brad Safon of Safon Mediation, however no date has been selected.

**13. Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation

**14. Narrowing of Issues**

The Parties are not presently in a position to address whether it is feasible or desirable to: (a)

narrow the issues in the case by agreement or motion, (b) bifurcate the issues, claims, or defenses at trial, or (c) reduce the length of trial by stipulation, use of summaries, or other expedited means of presenting issues.

### 15. Scheduling

The Court has entered a Scheduling Order.

### 16. Trial

The Parties have requested a jury trial and estimate it will take three (3) weeks to complete.

### 17. Disclosures of Non-Party Interested Entities or Persons

Tesla filed its Certification of Interested Entities or Persons, as required by Local Rule 3-15 on July 6, 2023. (*See* Doc. 3.) Tesla has no parent corporation and no public corporation owns 10% or more of the company's stock.

### 18. Professional Conduct

The attorneys of record have reviewed the Guidelines for Professional Conduct of the Northern District of California.

### 19. Other

There are no other matters at this time.

Dated: June 7, 2024        **BAILEY & GLASSER, LLP**

BY: */s/ Todd A. Walburg*
Todd A. Walburg
Scott B. Baez
Attorneys for Plaintiff
DONNA LEACH, individually and on behalf of the Estate of Clyde Leach

Dated: June 7, 2024        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

BY: */s/ Trevor C. Zeiler*
Sandra G. Ezell
Eden M. Darrell
Ian G. Schuler
Trevor C. Zeiler
Dennis Hom (Pro Hac Vice)
Attorneys for Defendant
TESLA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, I filed the foregoing document entitled ***JOINT CASE MANAGEMENT STATEMENT*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                    */s/ Trevor C. Zeiler*
                                                    Trevor C. Zeiler