# EXHIBIT 1



**Safon Mediation, Inc.**
**National Mediation Practice**
**Tel:  310.346.3460**
**brad@safonmediation.com**
**www.safonmediation.com**
**212 Avenue A, Redondo Beach, CA 90277**

November 1, 2023

Re: Leach v. Tesla

Dear all,

Thank you for asking me to serve as your mediator in the captioned matter, which is scheduled for February 20, 2024 beginning at 8:00 AM PST via Zoom.  I look forward to working with you toward a better understanding and resolution.

It would be helpful for me to receive some information from the parties.  Please email me important history, facts, photos and your position on key technical issues.  I would like to know what your goals are for this process, and what your recommendations might be for achieving those goals.

Your letters will, of course, reflect your perspective of things.  If you are able to describe what you believe to be the perspective of others involved in our discussion, that would perhaps be even more helpful.  In short, I would like you to tell me anything you believe might be of help to me in understanding the full picture of your case.  I assure you that your letters will have my complete confidentiality.

As our session is currently set for 2.20.24, I would like to receive the requested letters by the close of business on 2.13.24.

It is necessary, indeed imperative, that decision makers with full authority be

present at the mediation session.  It would also be helpful if any liens could be set up to be compromised before the mediation.

Provisions regarding mediation fee 

Thank you again for the opportunity to serve.  If you have any changes in the scheduling or described procedure, or if you have any questions, concerns or suggestions, please do not hesitate to call.


Very truly yours,
S/ Brad J. Safon
**Brad J. Safon**
BJS/attachment