1  Todd A. Walburg (SBN 213063)
   taw@mccunewright.com
2  Scott B. Baez (SBN 330485)
   sbb@mccunewright.com
3  **McCUNE LAW GROUP**
   3281 E. Guasti Road, Suite 100
4  Ontario, CA 91761
   Telephone: (909) 557-1250
5  Facsimile: (909) 557-1275

6  Attorneys for Plaintiff DONNA LEACH,
7  individually and on behalf of the
   Estate of Clyde Leach

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| DONNA LEACH, individually and on behalf of the Estate of Clyde Leach,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 23-cv-03378-SI<br><br>Honorable Susan Illston<br><br>Action Filed: April 11, 2023 (Santa Clara Super. Ct.)<br>Transfer Date: July 6, 2023<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST TESLA, INC. FOR MEDIATION MISCONDUCT**<br><br>Date:   November 29, 2024<br>Time:   10:00 a.m.<br>Courtroom 1 (Via Zoom)<br><br>Action Filed:   April 11, 2023<br>Trial Date:     July 21, 2025 |

Having considered Plaintiff's Motion for Sanctions Against Tesla, Inc. for Mediation Misconduct, and after reviewing all filings submitted in support of, and in opposition to, the motion, the Court finds that:

1. Defendant Tesla, Inc. violated the pretrial scheduling orders in this matter

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST TESLA, INC. FOR MEDIATION MISCONDUCT**

by failing to have a representative with full settlement authority attend mediation; and

2. Tesla Deputy General Counsel Ryan McCarthy acted in bad faith, and multiplied these proceedings within the meaning of 28 U.S.C. § 1927.

IT IS HEREBY ORDERED THAT Defendant Tesla, Inc., and Mr. McCarthy shall jointly pay monetary sanctions in the amount of $9,600 to Plaintiff's counsel within two weeks of the date of the issuance of this order.

Dated:

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I filed the foregoing document entitled **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST TESLA, INC. FOR MEDIATION MISCONDUCT**, with the clerk of this court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/Todd A. Walburg*
Todd A. Walburg

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST TESLA, INC. FOR MEDIATION MISCONDUCT**