Todd A. Walburg (SBN 213063)
taw@mccunewright.com
Scott B. Baez (SBN 330485)
sbb@mccunewright.com
**McCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiff DONNA LEACH, individually and on behalf of the Estate of Clyde Leach

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, individually, and on behalf of the Estate of Clyde Leach,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 23-CV-03378-SI<br><br><u>Honorable Susan Illston</u><br><u>Action Filed: April 11, 2023</u><br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLEADING**<br><br>Date: November 29, 2024<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>Action Filed: April 11, 2023<br>Trial Date:   July 20, 2025 |

1  PLEASE TAKE NOTICE that Plaintiff hereby withdraws its October 25, 2024,
2  filing [**Docket No.: 40**]. Documents were inadvertently filed under the wrong event [First
3  Administrative Motion Dismissal of Attorney's Fees].
4  PLEASE TAKE FURTHER NOTICE that on the same day, Plaintiff filed revised
5  motion papers **[Docket No.: 41]**, Notice of Motion and Motion for Sanctions Against
6  Tesla, Inc, for Mediation Misconduct.

Dated: October 28, 2024                Respectfully submitted,

                                       McCUNE LAW GROUP, APC

                                       */s/Todd A. Walburg*
                                       Todd A Walburg

                                       *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, I filed the foregoing document entitled **PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLEADING**, with the clerk of this court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/Todd A. Walburg*
Todd A. Walburg