Todd A. Walburg (SBN 213063)
taw@mccunewright.com
Scott B. Baez (SBN 330485)
sbb@mccunewright.com
**MCCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250

*Attorneys for Plaintiff DONNA LEACH,*
*individually and on behalf of the Estate of Clyde Leach*

Sandra G. Ezell (SBN 325046)
sandra.ezell@nelsonmullins.com
Eden M. Darrell (SBN 295659)
eden.darrell@nelsonmullins.com
**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**
1021 E. Cary St., Suite 2120
Richmond, VA 23219
Telephone: (804) 533-2900

Trevor C. Zeiler (SBN 325543)
trevor.zeiler@nelsonmullins.com
**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: (424) 221-7435

*Attorneys for Defendant TESLA, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, individually and on behalf of the Estate of Clyde Leach,<br><br>          Plaintiff,<br><br>     v.<br><br>TESLA, INC. and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 23-cv-03378-SI<br><br>Honorable Susan Illston<br>Honorable Sallie Kim<br><br>**[PROPOSED] SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

1

**[PROPOSED] SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

Pursuant to Docket No. 69, Plaintiff DONNA LEACH, individually and on behalf of the Estate of Clyde Leach ("Plaintiff") and Defendant TESLA, INC. ("Defendant") (collectively, "the parties"), hereby propose the below dates and deadlines for the remainder of this case. Following extensive meet and confer efforts, the parties' five remaining areas of disagreement are indicated in bold font, with the parties' respective positions explained in the footnotes.

| EVENT | PLAINTIFF | DEFENDANT |
|---|---|---|
| **NON-EXPERT DISCOVERY CUTOFF** | 9/12/2025 | 8/15/2025 |
| **PLAINTIFF'S DESIGNATION OF EXPERTS** | 10/10/2025 | 9/13/2025 |
| **DEFENDANT'S REBUTTAL AND DISCLOSURES** | 11/7/2025 | 10/10/2025 |
| **PLAINTIFF'S REBUTTAL** | 12/5/2025[1] | 10/24/2025[2] |
| **EXPERT DISCOVERY CUTOFF** | 1/16/2026[3] | 12/8/2025[4] |

---

[1] Plaintiff's position is that the amount of time between Defendant's Rebuttal and Plaintiff's Rebuttal is the same as that of the Court's original Pretrial Preparation Order of October 10, 2023, at Docket No. 19.

[2] Defendant Tesla's position is that Plaintiff's proposal allows for an unusually long period for rebuttal disclosures—and more than the Court's last scheduling order. It also problematically pushes expert discovery out into the holidays, causing scheduling complications, as explained below.

[3] Plaintiff's position is that timing of, and days between, the Expert Discovery Cutoff and the Dispositive Motions filing deadline is the same as that of the Court's original Pretrial Preparation Order of October 10, 2023, at Docket No. 19.

[4] Defendant Tesla's position is that Plaintiff's expert discovery cutoff falls *after* the Rule 702/Daubert dispositive motion deadline, which does not make sense and invites potential supplemental/amended briefing and confusion. Additionally, with the Plaintiff's proposed expert discovery schedule, the parties will be in the often impossible position of having to schedule the depositions of at least eight or more experts during the holidays. This nearly always causes additional delays, disputes, and scheduling issues. Tesla's proposed deadline allows for the completion of expert discovery before Rule 702/Daubert motions and adequate and appropriate time for expert depositions.

| EVENT | PLAINTIFF | DEFENDANT |
|---|---|---|
| DISPOSITIVE (AND RULE 702/DAUBERT) MOTIONS FILING DEADLINE | 1/5/2026 | 1/5/2026 |
| OPPOSITIONS DUE | 1/19/2026 | 1/19/2026 |
| REPLY DUE | 1/26/2026 | 1/26/2026 |
| LAST DATE FOR HEARING | 2/6/2026 at 10:00 | 2/6/2026 |
| PRETRIAL PAPERWORK DUE | 3/17/2026 | 3/17/2026 |
| PRETRIAL CONFERENCE DATE | 3/31/2026 at 1:30 | 3/31/2026 |
| JURY TRIAL DATE (Estimated 21 Days) | 4/20/2026 at 8:30 | 4/20/2026 |

Dated:  March 14, 2025   MCCUNE LAW GROUP, APC

By:  */s/ Todd A. Walburg*
     TODD A. WALBURG
     SCOTT B. BAEZ
     Attorneys for Plaintiff
     DONNA LEACH, individually and
     on behalf of the Estate of Clyde Leach

Dated:  March 14, 2025   NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  */s/ Eden M. Darrell*
     SANDRA G. EZELL
     EDEN M. DARRELL
     TREVOR C. ZEILER
     Attorneys for Defendant TESLA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of California using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: March 14, 2025                                    */s/ Todd A. Walburg*
                                                         Todd A. Walburg