UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, et al., | Case No.  23-cv-03378-SI  (SI) |
| Plaintiffs, | |
| v. | **SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |
| TESLA, INC., et al., | |
| Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/15/2025.

PLAINTIFFS' DESIGNATION OF EXPERTS: 9/13/2025;
        DEFENDANT'S REBUTTAL & DISCLOSURES: 10/10/2025;
PLAINTIFFS' REBUTTAL:  10/24/2025
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/8/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/5/2026;
        Opp. Due: 1/19/2026; Reply Due: 1/26/2026;
        and set for hearing no later than 2/13/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  3/10/2026
PRETRIAL CONFERENCE DATE: 3/24/2026 at 1:30 PM.

JURY TRIAL DATE: 4/13/2026 at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 21 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.


Dated: March 21, 2025

_____
SUSAN ILLSTON
United States District Judge