UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>TESLA, INC., et al.,<br><br>   Defendants. | Case No. 23-cv-03378-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 74 |

On March 13, 2025, defendant Tesla filed a motion for administrative relief from Magistrate Judge Kim's February 20, 2025 discovery order. Dkt. No. 74. In the docket entry, the electronic court filing system automatically inserted briefing dates for an opposition and reply, set for March 27, 2025 and April 3, 2025, respectively. *Id.* However, Local Rule 72-2(d) states that no response to such an order need be filed unless ordered by the court and that the motion shall be deemed denied if no order has been filed within fourteen days.

For clarity, the Court finds that a response from plaintiffs will be helpful in its consideration of defendant's motion. Accordingly, the Court now sets the deadline for plaintiffs' response as April 10, 2025, two weeks from the date of this order. Plaintiffs may of course file their response sooner. The Court will not require a reply brief but will consider whether to set a hearing after receiving plaintiffs' opposition.

**IT IS SO ORDERED**.

Dated: March 27, 2025

                     _____
                     SUSAN ILLSTON
                     United States District Judge