**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Sandra G. Ezell (SBN: 325046)
sandra.ezell@nelsonmullins.com
Eden M. Darrell (SBN: 295659)
eden.darrell@nelsonmullins.com
1021 E. Cary Street, Suite 2120
Richmond, VA 23219
Telephone:    804.533.2900
Facsimile:    804.616.4129

Trevor C. Zeiler (SBN: 325543)
trevor.zeiler@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:    424.221.7400
Facsimile:    424.221.7499

Dennis A. Hom (Pro Hac Vice)
dennis.hom@nelsonmullins.com
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone:    404.322.6000
Facsimile:    404.322.6381

Attorneys for Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA LEACH, individually and on behalf of the Estate of Clyde Leach,<br><br>                    Plaintiff,<br><br>    vs.<br><br>TESLA, INC. and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.  3:23-cv-03378-SI<br>(Removed from Santa Clara County Superior Court – Case No. 23CV414572)<br><br>District Judge: Hon. Susan Illston<br>Magistrate Judge: Hon. Sallie Kim<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: April 11, 2023<br>Trial Date:    April 13, 2026 |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Donna Leach and Defendant Tesla, Inc. have reached a settlement of all claims in this matter. Accordingly, the Parties request that the Court vacate all current deadlines. A notice of dismissal will be forthcoming.

Dated: April 21, 2025                        Respectfully submitted,

|   |   |
|---|---|
|   | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|   | By:  */s/ Trevor C. Zeiler* |
|   | Sandra G. Ezell |
|   | Eden M. Darrell |
|   | Trevor C. Zeiler |
|   | Dennis A. Hom (Pro Hac Vice) |
|   | Attorneys for Defendant |
|   | TESLA, INC. |
| April 21, 2025 | Respectfully submitted, |
|   | **MCCUNE LAW GROUP, APC** |
|   | By:  */s/ Todd A. Walburg* |
|   | Todd A. Walburg |
|   | Scott B. Baez |
|   | Attorneys for Plaintiff |
|   | DONNA LEACH |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

      */s/ Trevor C. Zeiler*
      Trevor C. Zeiler