UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEACH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TESLA, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03378-SI<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT** |

The parties to the action, by their counsel, have advised the Court that they have agreed to a settlement. Dkt. No. 82.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, if any party certifies to this Court within sixty days from the date of this order that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: April 22, 2025

_____
SUSAN ILLSTON
United States District Judge